ACCEPTED
14-18-00071-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 8:59 AM
CHRISTOPHER PRINE
CLERK

NO. 14-18-00071-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/16/2018 8:59:17 AM
CHRISTOPHER A. PRINE
Clerk

DATA FOUNDRY, INC.,
Appellant,

v.

CITY OF AUSTIN, TEXAS,
Appellee.

ON APPEAL FROM THE 419TH DISTRICT COURT OF
TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-17-000937

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEE**

Appellee City of Austin ("City") files this unopposed second motion for extension of time to file its opening brief. The current deadline for filing the brief is May 25, 2018. The City requests a 10-day extension of time for a new deadline of June 4, 2018.

The City's need for this extension was triggered by the State of Texas's intervention in this case, via an amicus brief filed May 14, 2018. The City intends to fully respond to all issues highlighted in the State's brief. Unfortunately, the City's appellate counsel has multiple concurrent deadlines that impede this necessary task.

Presently, the City's appellate counsel has pending obligations in several other matters involving the State of Texas: (1) respond to discovery by May 18, 2018, in *Pulliam, et al. v. City of Austin, et al.,* Travis County District Court, Case No. D-1-GN-16-004307; (2) file responses to six motions to dismiss by May 28, 2018, in *City of Austin v. Abbott, et al,* United States District Court, Western District of Texas, Case No. 1:17-CV-806-RP; (3) respond to petition and request for temporary and permanent injunction by May 29, 2018, in *Texas Association of Business, et al., v. City of Austin, et al.,* Travis County District Court, Case No. D-1-GN-18-001968; and (4) submit reply brief and argue at hearing on summary judgment on May 31, 2018 in *Paxton v. City of Austin, et al.,* Travis County District Court, Case No. D-1-GN-16-003340.

This extension is not sought for the purposes of delay. The Court has granted the City one extension in regard to this deadline. As set forth in the Certificate of Conference below, this motion for extension of time is unopposed.

For these reasons, the City requests that its deadline to file Appellee's Brief be extended 10 days to June 4, 2018.

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION

/s/ Michael Siegel
MICHAEL SIEGEL
Lead Counsel for Appellee
State Bar No. 24093148
Michael.Siegel@austintexas.gov
City of Austin – Law Department

P. O. Box 1088
Austin, Texas 78767-1088
Telephone: (512) 974-2918
Facsimile: (512) 974-1311

**COUNSEL FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I certify that on May 15, 2018, I conferred with Nicholas Bacarisse, counsel for Appellant, and he stated that his client does not oppose the relief sought in this motion for extension of time.

/s/ Michael Siegel
MICHAEL SIEGEL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing instrument has been served, on this the 16th day of May, 2018, on all parties pursuant to the Court's electronic filing system.

/s/ Michael Siegel
MICHAEL SIEGEL